DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRONE C. JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1862

[October 23, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case Nos. 22-000873CF10A, 22-011365CF10A, 23-002548CF10A, 23-009378CF10A, 24-000598CF10A and 24-005185CF10A.

Tyrone C. Jones, Moore Haven, pro se.

James Uthmeier, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER, J., and METZGER, ELIZABETH, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***